UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

         CR. NO. 21-20282

vs.

         HONORABLE TERRENCE G. BERG

RONALD CHRISTIAN,

    Defendant.
_____/

## EX-PARTE ORDER ALLOWING LAPTOP INTO CORRECTIONAL FACILITY

Upon Defendant's need to view electronic discovery material in the correctional facility, and the Court being aware of the refusal of the correctional facility to allow a laptop into their facility without a court order;

**IT IS HEREBY ORDERED** that the Federal Community Defender's laptop computer containing electronic discovery material, be allowed into Defendant's place of incarceration so that Defendant can view the discovery material.

         **IT IS SO ORDERED.**

         /s/Terrence G. Berg
         HON. TERRENCE G. BERG
         UNITED STATES DISTRICT COURT JUDGE

Dated: May 12, 2021