UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**RONALD FRANK CHRISTIAN,**<br><br>Defendant. | 2:21-CR-20282-TGB-EAS<br><br>**ORDER DENYING MOTION TO DISMISS INDICTMENT** |

Defendant Ronald Christian filed a Motion to Dismiss his indictment, alleging that police had fabricated evidence or otherwise committed outrageous misconduct in the initial stages of his arrest. ECF No. 25. The Court heard testimony and oral argument in a hearing conducted on November 2, 2021, and for the reasons given at the close of the hearing from the bench and stated on the record, the Motion is **DENIED**.

**IT IS SO ORDERED,** this 4th day of November, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge