UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **RONALD FRANK CHRISTIAN,** Defendant. | 2:21-CR-20282-TGB-EAS **ORDER DENYING MOTION FOR REVOCATION OF DETENTION ORDER** |

Defendant Ronald Christian filed a Motion to revoke his detention order and grant release on bond. ECF No. 21. At a hearing conducted on November 2, 2021, the Court considered *de novo* whether there were conditions of release that would reasonably assure the safety of the community and his appearance at future proceedings as required under 18 U.S.C. § 3142(g). For the reasons given at the close of the hearing from the bench and stated on the record, the Motion is **DENIED**.

**IT IS SO ORDERED,** this 4th day of November, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge