UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **RONALD FRANK CHRISTIAN,**  Defendant. | 2:21-CR-20282-TGB-EAS  **ORDER RESOLVING PRETRIAL MOTIONS** |

Defendant Ronald Christian filed a Motion to Exclude DNA Test Results (ECF No. 36), as well as a Motion in Limine to Exclude Hearsay Testimony (ECF No. 39). For the reasons stated on the record, the Motion to Exclude DNA Test Results is **DENIED**. The Motion in Limine is **GRANTED IN PART** and **DENIED IN PART**; the Court refers parties to its rulings on the record as to which statements are not hearsay or fall under an exception to the hearsay rule, which statements may only be used for non-hearsay purposes such as impeachment, and which statements will be admitted only with an appropriate foundation.

**IT IS SO ORDERED,** this 11th day of January, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

1