UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff(s),    Case No. 21-20282

v.    Judge Terrence G. Berg

RONALD CHRISTIAN,    Magistrate Judge Elizabeth A. Stafford

        Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __62__, filed __02/04/2022__, has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __AMANDA CHUBB__ at __(313) 234-2644__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: February 4, 2022    /S/A. CHUBB
                                                     Deputy Clerk